UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA TORRES, individually and as Peronsal Representative of the Estate of Arturo Torres; SANDRA ALVARADO and JOHNNY ALVARADO; ARTURO TORRES, JR.; and EUGENE TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS MONCUR and JANE DOE MONCUR,<br><br>Defendants. | NO. CV-09-3125-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed February 18, 2010 (Ct. Rec. 3), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees awarded to any party under Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without costs or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 19th day of February 2010.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2009\3125.Stip.Dismiss.wpd